

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00591-CV

**IN RE** Lasker **O'KEEFE HEREFORD**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
              Sandee Bryan Marion, Justice
              Rebecca Simmons, Justice

Delivered and Filed: August 25, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On August 13, 2010, relator Lasker O'Keefe Hereford filed a petition for writ of mandamus, complaining of the trial court's July 26, 2010 Order Authorizing Rule 202 Deposition of Elmo Lopez, Sr. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CVQ-001150-D4, styled *In re Petition of: Charles B. Block, Trustee for the Anna L. Block Trust, and The San Antonio Area Foundation*, in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding. However, the order complained of was signed by the Honorable Ron Carr, visiting judge.